# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | | |
|---|---|---|
| CLONTECH LABORATORIES, INC., et al., | * * * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. AW-00-1879 |
| | * | |
| INVITROGEN CORPORATION | * * | |
| Defendant. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

On December 19, 2000, this Court issued an order consolidating this case under Civil Action No. AW-96-4080.  Pursuant to the November 26, 2003 Order [19] directing the Clerk to Close this case, IT IS this 26th day of September, 2006, by the United States District Court for the District of Maryland, hereby **ORDERED:**

1. That the Clerk **CLOSE** this case; AND

2. That the Clerk transmit a copy of this Order to all counsel and parties of record.

                                                                        /s/
                                        Alexander Williams, Jr.
                                        United States District Judge